

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 97-137-CR-HIGHSMITH

UNITED STATES OF AMERICA,       :

        Plaintiff.       :

v.       :

FELIX MAURICIO ZUNIGA,       :

        Defendant.       :

_____/

## DEFENDANT'S RESPONSE TO MEMORANDUM FILED BY
## U.S. PRETRIAL SERVICES OFFICER DATED SEPTEMBER 24, 1997

Defendant, FELIX MAURICIO ZUNIGA, hereby responds to the Memorandum filed by United States Pretrial Services Officer on September 24, 1997 and states as grounds therefor:

1. Counsel has just received a copy of a Memorandum dated September 24, 1997 reporting that the Defendant has submitted a positive urine test and recommending that the Defendant's bond be modified to include "random drug testing and treatment as deemed necessary."

2. The Memorandum also notes that the Defendant has otherwise been in compliance with the conditions of bond. Defendant believes that the recommendation of Pretrial Services is fully reasonable and urges that this Court impose those conditions, particularly the random drug testing condition.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing has been furnished by mail to: Alicia Valle, A.U.S.A., U. S. Attorney's Office, 99 N.E. 4th Street, Miami, FL 33132; and to Kathleen Shannon-Hunt, U. S. Pretrial Services Officer, 299 E. Broward Boulevard, Room 301, Ft. Lauderdale, FL 33301, on this 7th day of October, 1997.

Respectfully submitted,

BIERMAN, SHOHAT, LOEWY,
PERRY & KLEIN, P.A.
Attorneys for Defendant
Penthouse Two
800 Brickell Avenue
Miami, FL 33131-2944
Telephone: (305) 358-7000
Facsimile: (305) 358-4010

By: _____
PAMELA I. PERRY, ESQ.
Florida Bar No. 455271

-2-