UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-137-CR-HIGHSMITH

UNITED STATES OF AMERICA

vs.



FILED by _____ D.C.

OCT 1 5 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FELIX MAURICIO ZUNIGA

## MOTION FOR RETURN OF SEIZED PROPERTY

**NOW COMES,** Felix Mauricio Zuniga, pursuant to Rule 41(e) of the Federal Rules of

Criminal Procedure. and respectfully moves this Honorable court to direct that certain

property belonging to him, a schedule of which is annexed hereto, and which was taken

from him on July 28, 1994, at the premises located at 328 Crandon Blvd,

Suite 222-B, Key Biscayne, Florida in the Southern District, by FBI agent Mr. Brian

Jerome, be returned to him.

Respectfully Submitted,

October 5th, 1999

Felix M. Zuniga, Pro se,
512/ NE 26 Avenue
Ft. Lauderdale, Florida
33308



## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by mail to: Judge Shelby Highsmith, US District Court, Federal Justice Building, 99 NE 4th Court, Miami, Florida, 33132, on this 5th day of October, 1999.

**FELIX M. ZUNIGA**
5121 NE 26 Avenue
Ft. Lauderdale, Florida
33308